# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL L. DOUGLAS & TAMICA N. DOUGLAS   Case Number: 08-71567
1130 - 17TH AVENUE
ROCKFORD, IL  61104
SSN-xxx-xx-0017 & xxx-xx-7952

Case filed on: 5/20/2008
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY LAURA L. MCGARRAGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,118.32 | 2,118.32 | 0.00 | 0.00 |
|  | Total Priority | 2,118.32 | 2,118.32 | 0.00 | 0.00 |
| 028 | MICHAEL L. DOUGLAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERIFIRST HOME IMPROVEMENT FINANCE | 1,529.77 | 1,529.77 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 9,531.32 | 9,022.00 | 0.00 | 0.00 |
|  | Total Secured | 11,061.09 | 10,551.77 | 0.00 | 0.00 |
| 003 | THOMAS D LUCHETTI PC | 20,537.00 | 20,537.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 60.68 | 60.68 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DENTAL DREAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DONALD E. WIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EARLE PESCATORE MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | EDGEBROOK DERMATOLOGY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HERTZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | KENNETH MINARIK OD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PINESCHI FAMILY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCK VALLEY WOMENS HEALTH CENTER | 1,284.37 | 1,284.37 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH PHYSICANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SAGE TELECOMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | THOMAS D LUCHETTI PC | 14,925.00 | 14,925.00 | 0.00 | 0.00 |
|  | Total Unsecured | 36,807.05 | 36,807.05 | 0.00 | 0.00 |
|  | Grand Total: | 49,986.46 | 49,477.14 | 0.00 | 0.00 |

Total Paid Claimant:  $0.00
Trustee Allowance:   $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan